Robert E. Dunn (State Bar No. 275600)
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

*Attorney for Defendant Coinbase Global, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMERA MARIE L. SZIJARTO, | Case No. 3:25-cv-10179-TSH |
| Plaintiff, | **JOINT STIPULATION AND** |
| v. | ~~**[PROPOSED]**~~ **ORDER TO STAY CASE PENDING ARBITRATION** |
| COINBASE GLOBAL, INC., | |
| Defendant. | Magistrate Judge Thomas S. Hixson |

1

Plaintiff Tamera Marie L. Szijarto ("Plaintiff") and Defendant Coinbase Global, Inc. ("Coinbase") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 24, 2025, Plaintiff filed a Complaint against Defendant Coinbase Global, Inc., alleging various violations of federal and state law.

WHEREAS, Plaintiff is a Coinbase customer who held an account with Coinbase.

WHEREAS, Plaintiff is alleged to have consented to a user agreement containing a mandatory arbitration provision requiring all disputes to be submitted to arbitration before the American Arbitration Association ("AAA").

WHEREAS, the Parties agree to submit this dispute to arbitration in AAA.

NOW, THEREFORE, the parties hereby request that the Court stay this case pending arbitration and suspend all existing deadlines. The parties stipulate that this Court shall retain jurisdiction over this action pending completion of the arbitration, including for purposes of confirming any potential arbitration award and entering judgment, if any, as necessary.

**IT IS SO STIPULATED.**

Dated: January 21, 2026                              Respectfully submitted,

                                                     **EIMER STAHL LLP**

                                                     By: /s/ *Robert E. Dunn*
                                                     Robert E. Dunn (State Bar No. 275600)
                                                     EIMER STAHL LLP
                                                     1999 South Bascom Avenue, Suite 1025
                                                     Campbell, CA 95008
                                                     Telephone: (408) 889-1690
                                                     rdunn@eimerstahl.com

                                                     *Attorney for Defendant Coinbase Global, Inc.*


                                                     **LOKER LAW, APC**

                                                     By: /s/ *Matthew M. Loker*

2

Matthew M. Loker (State Bar No. 279939)
LOKER LAW, APC
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
matt.loker@loker.law

*Attorney for Plaintiff Tamera Marie L. Szijarto*

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to the counsel of record listed above, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: January 21, 2026                 /s/ *Robert E. Dunn*
                                        Robert E. Dunn

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING ARBITRATION
CASE NO. 3:25-cv-10179-TSH

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, IT IS SO ORDERED THAT:

1.      The Stipulation of the Parties to STAY proceedings pending binding arbitration is hereby GRANTED;

2.      The matter is hereby STAYED pending binding arbitration; and

3.      This Court shall retain jurisdiction over this matter pending the Parties' full and complete participation in binding arbitration, including the power to confirm any potential arbitration award and enter any judgment, as necessary.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 27, 2026

_____
Hon. Thomas S. Hixson
United States District Court
Northern District of California

4

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING ARBITRATION
CASE NO. 3:25-cv-10179-TSH